ABRAHAM COOK
v.
ELIJAH BRUSH

1806

PAPERS IN FILE

1. Copy of district court record . . . . . . . . *Printed in Vol. 2*

HUGH PATTINSON AND RICHARD PATTINSON, MERCHANTS
IN COMPANY UNDER THE FIRM OF
HUGH PATTINSON & CO.
v.
JAMES MAY

1807

PAPERS IN FILE

1. Writ of scire facias and return . . . . . . . *Printed in Vol. 2*
2. Narr. on scire facias . . . . . . . . . . "
3. Draft of writ of scire facias . . . . . . . . . .